# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TERRY L NORMORE, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:18-CV-02506-E |
| DALLAS INDEPENDENT SCHOOL DISTRICT, | § § § § § § | |
| Defendant. | | |

## ORDER

On February 11, 2021, the Court stayed this proceeding "until the Court rules on the three pending motions for summary judgment. The March 2021 pretrial conference and trial setting are continued and will be rescheduled at a later date if necessary." (Doc. 233). Since that time, the Court has adjudicated some of those corresponding dispositive motions. (*See* Doc. 234). However, one dispositive motion—Defendant Dallas Independent School District's Motion for Summary Judgment, (Doc. 121)—remains pending in this Court.

Weighing the competing interests of the Parties and the Court, the Court concludes in its discretion that this action should be administratively closed during the pendency of the stay. Thus, the Court ADMINISTRATIVELY CLOSES this case during the pendency of the stay—pending ruling(s) on the remaining dispositive motion. The Court reserves reopening the case to set a hearing for oral argument, as necessary.

This is not a final order. The Clerk of the Court is DIRECTED to ADMINISTRATIVELY CLOSE this action (No. 3:18-cv-02506-E). The Clerk shall transmit to the Parties a true copy of this Order.

**SO ORDERED.**

27th day of January, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE