**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| TERRY L. NORMORE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:18-CV-02506-E |
| | § | |
| DALLAS INDEPENDENT SCHOOL | § | |
| DISTRICT; DWAIN SIMMONS, in His | § | |
| Individual and Official Capacity, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Having GRANTED Defendant Dallas Independent School District's motion for summary judgment, (ECF Nos. 121, 122), the Court has dismissed all of Plaintiff Normore's remaining claims. Accordingly, Plaintiff Normore's case is DISMISSED with prejudice. This is a final judgment. *See* Fed. R. Civ. P. 54.

   **SO ORDERED.**

   9th day of June, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE